UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
ARTEMIS RESTAURANT, INC.                        §        Case No. 10-38321
                                                §
                        Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                  and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $              , for a total compensation of $            $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____          By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                           Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No:     10-38321    JBS   Judge: JACK B. SCHMETTERER

Case Name:   ARTEMIS RESTAURANT, INC.

For Period Ending:  01/27/15

Trustee Name:              ANDREW J. MAXWELL, TRUSTEE

Date Filed (f) or Converted (c):   08/27/10 (f)

341(a) Meeting Date:        10/25/10

Claims Bar Date:            03/30/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMED, GAS COMPANY (EXACT AMOUNTS UNKNOWN) | 8,000.00 | 8,000.00 | | 6,043.97 | FA |
| 2. RESTAURANT EQUIPMENT LOCATED AT 912 SOUTH BUSSE, M | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 3. Refunds (u) | 0.00 | 0.00 | | 76.73 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.25 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $58,000.00     $58,000.00     $6,121.95     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Tax return prepared for the estate. TFR in progress

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-38321 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | ARTEMIS RESTAURANT, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7787 Checking Account |
| Taxpayer ID No: | *******2959 | | | |
| For Period Ending: | 01/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,023.51 | | 6,023.51 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.71 | 6,019.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.84 | 6,015.96 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.71 | 6,012.25 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.83 | 6,008.42 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,998.42 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,988.42 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 5.00 | 5,983.42 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,973.42 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,963.42 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,953.42 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,943.42 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,933.42 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,923.42 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,913.42 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,903.42 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,893.42 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,883.42 |
| 02/07/14 | 010002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 6.45 | 5,876.97 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,866.97 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,856.97 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,846.97 |

Page Subtotals: 6,023.51    176.54

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.03b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-38321 -JBS |
| Case Name: | ARTEMIS RESTAURANT, INC. |
| | |
| Taxpayer ID No: | *******2959 |
| For Period Ending: | 01/27/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7787  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,836.97 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,826.97 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,816.97 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,806.97 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,796.97 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,023.51 | 226.54 | 5,796.97 |
| Less:  Bank Transfers/CD's | 6,023.51 | 0.00 | |
| Subtotal | 0.00 | 226.54 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 226.54 | |

Page Subtotals            0.00              50.00

Ver: 18.03b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 10-38321  -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ARTEMIS RESTAURANT, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8913  Money Market - Interest Bearing |

| Taxpayer ID No: | *******2959 | | |
|---|---|---|---|
| For Period Ending: | 01/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/10 | 3 | GRIFFIN INDUSTRIES | REFUND | 1229-000 | 76.73 | | 76.73 |
| 12/02/10 | 1 | NICOR | REFUND | 1129-000 | 6,043.97 | | 6,120.70 |
| | | P.O. BOX 190 | | | | | |
| | | AURORA, IL 60507-0190 | | | | | |
| 12/31/10 | 4 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 6,120.83 |
| 01/31/11 | 4 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,120.99 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 10.18 | 6,110.81 |
| | | ONE SHELL SQUARE | Bond# 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/28/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,110.86 |
| 03/31/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,110.91 |
| 04/29/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,110.96 |
| 05/31/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,111.01 |
| 06/30/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,111.06 |
| 07/29/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,111.11 |
| 08/31/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,111.17 |
| 09/30/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,111.22 |
| 10/31/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,111.27 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.79 | 6,103.48 |
| 11/30/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,103.53 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.52 | 6,096.01 |
| 12/30/11 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,096.06 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.52 | 6,088.54 |
| 01/31/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,088.59 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.98 | 6,080.61 |
| 02/29/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,080.66 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.23 | 6,073.43 |
| | | | Page Subtotals | | 6,121.65 | 48.22 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  4

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-38321 -JBS | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | ARTEMIS RESTAURANT, INC. | | | Bank Name: | Bank of America, N.A. | |
| | | | | Account Number / CD #: | *******8913  Money Market - Interest Bearing | |
| Taxpayer ID No: | *******2959 | | | | | |
| For Period Ending: | 01/27/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 5.08 | 6,068.35 |
| 03/30/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,068.40 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.47 | 6,060.93 |
| 04/30/12 | 4 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,060.98 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.70 | 6,053.28 |
| 05/31/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,053.33 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.69 | 6,045.64 |
| 06/29/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,045.69 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.19 | 6,038.50 |
| 07/31/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,038.55 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.92 | 6,030.63 |
| 08/30/12 | 4 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,030.68 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 7.17 | 6,023.51 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,023.51 | 0.00 |

Page Subtotals                0.30          6,073.73

LFORM24

Ver: 18.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| | |
|---|---|
| Case No: | 10-38321 -JBS |
| Case Name: | ARTEMIS RESTAURANT, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******2959 |
| For Period Ending: | 01/27/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8913  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,121.95 | 6,121.95 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 6,023.51 | |
| | | | Subtotal | | 6,121.95 | 98.44 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,121.95 | 98.44 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7787 | 0.00 | 226.54 | 5,796.97 |
| Money Market - Interest Bearing - *******8913 | 6,121.95 | 98.44 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,121.95 | 324.98 | 5,796.97 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 18.03b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                                          Date: January 27, 2015

Case Number:    10-38321                          Claim Class Sequence
Debtor Name:    ARTEMIS RESTAURANT, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Administrative | | $3,964.89 | $0.00 | $3,964.89 |
| 001 3410-00 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL 60601 | Administrative | | $1,219.00 | $0.00 | $1,219.00 |
| 001 2100-00 | ANDREW J. MAXWELL, TRUSTEE 105 W. ADAMS SUITE 3200 CHICAGO,  IL 60603 | Administrative | | $1,362.20 | $0.00 | $1,362.20 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | Administrative | | $21.63 | $21.63 | $0.00 |
| 000007A 058 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $21,263.67 | $0.00 | $21,263.67 |
| 000008 058 5800-00 | Department of the Revenue Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | Priority | | $1,000.00 | $0.00 | $1,000.00 |
| 000001 070 7100-00 | NuCO2 2800 S.E. Market Place Stuart, Florida 34997 | Unsecured | | $162.36 | $0.00 | $162.36 |
| 000002 070 7100-00 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Unsecured | | $3,672.73 | $0.00 | $3,672.73 |
| 000003 070 7100-00 | Southern Wine & Spirits 2971 Collection Center Drive Chicago, IL 60693 | Unsecured | | $632.33 | $0.00 | $632.33 |
| 000004 070 7100-00 | Wirtz Beverage Illinois P.O. Box 809180 Chicago, IL 60680-9180 | Unsecured | | $420.99 | $0.00 | $420.99 |
| 000005 070 7100-00 | Edward Don & Company 2500 S Harlem Avenue North Riverside, IL 60546 | Unsecured | | $1,096.54 | $0.00 | $1,096.54 |
| 000006 070 7100-00 | FIFTH THIRD BANK POST OFFICE BOX 829009 DALLAS, TEXAS 75382 | Unsecured | | $51,732.04 | $0.00 | $51,732.04 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 2

Date: January 27, 2015

Case Number:   10-38321
Debtor Name:   ARTEMIS RESTAURANT, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007B 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $2,370.60 | $0.00 | $2,370.60 |
| 000009 070 7100-00 | Supreme Lobster & Seafood Company Inc 220 East North Avenue Villa Park, IL 60181 | Unsecured | | $6,892.80 | $0.00 | $6,892.80 |
| 000010A 070 7100-00 | Plaza Bank Martin & Karcazes Ltd 161 N Clark Street Suite 550 Chicago, IL 60601 | Unsecured | | $58,000.00 | $0.00 | $58,000.00 |
| 000010B 070 7100-00 | Plaza Bank Martin & Karcazes Ltd 161 N Clark Street Suite 550 Chicago, IL 60601 | Unsecured | | $134,686.92 | $0.00 | $134,686.92 |
| | Case Totals: | | | $288,498.70 | $21.63 | $288,477.07 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-38321
Case Name: ARTEMIS RESTAURANT, INC.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | Illinois Department of Revenue | $ | $ | $ |
| 000008 | Department of the Revenue | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | NuCO2 | $ | $ | $ |
| 000002 | Commonwealth Edison Company | $ | $ | $ |
| 000003 | Southern Wine & Spirits | $ | $ | $ |
| 000004 | Wirtz Beverage Illinois | $ | $ | $ |
| 000005 | Edward Don & Company | $ | $ | $ |
| 000006 | FIFTH THIRD BANK | $ | $ | $ |
| 000007B | Illinois Department of Revenue | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Supreme Lobster & Seafood Company Inc | $ | $ | $ |
| 000010A | Plaza Bank | $ | $ | $ |
| 000010B | Plaza Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance            $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE