UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                 §
                                       §
ARTEMIS RESTAURANT, INC.               §    Case No. 10-38321
                                       §
                                       §
        Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

             CLERK OF THE U.S. BANKR. CT
             219 S. DEARBORN STREET
             7TH FLOOR
             CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/31/2015 in Courtroom 682,
             United States Courthouse
             219 South Dearborn Street
             Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/27/2015             By: /s/ Andrew J. Maxwell
                                                                 Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
ARTEMIS RESTAURANT, INC. § Case No. 10-38321
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,121.95 |
| and approved disbursements of | $ | 324.98 |
| leaving a balance on hand of[1] | $ | 5,796.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,362.20 | $ 0.00 | $ 1,206.31 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,958.50 | $ 0.00 | $ 3,505.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 6.39 | $ 0.00 | $ 5.66 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 1,219.00 | $ 0.00 | $ 1,079.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 21.63 | $ 21.63 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,796.97 |
| Remaining Balance | | $ | 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 22,263.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | Illinois Department of Revenue | $ 21,263.67 | $ 0.00 | $ 0.00 |
| 000008 | Department of the Revenue | $ 1,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,667.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | NuCO2 | $ 162.36 | $ 0.00 | $ 0.00 |
| 000002 | Commonwealth Edison Company | $ 3,672.73 | $ 0.00 | $ 0.00 |
| 000003 | Southern Wine & Spirits | $ 632.33 | $ 0.00 | $ 0.00 |
| 000004 | Wirtz Beverage Illinois | $ 420.99 | $ 0.00 | $ 0.00 |
| 000005 | Edward Don & Company | $ 1,096.54 | $ 0.00 | $ 0.00 |
| 000006 | FIFTH THIRD BANK | $ 51,732.04 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007B | Illinois Department of Revenue | $ 2,370.60 | $ 0.00 | $ 0.00 |
| 000009 | Supreme Lobster & Seafood Company Inc | $ 6,892.80 | $ 0.00 | $ 0.00 |
| 000010A | Plaza Bank | $ 58,000.00 | $ 0.00 | $ 0.00 |
| 000010B | Plaza Bank | $ 134,686.92 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                              $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                                                               Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-38321-JBS
Artemis Restaurant, Inc.                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: nmolina              Page 1 of 2            Date Rcvd: Feb 10, 2015
                                Form ID: pdf006            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2015.
db          +Artemis Restaurant, Inc.,    912 S. Busse Road,    Mount Prospect, IL 60056-4007
aty         +Maxwell Law Group LLC,    105  West Adams Suite 3200,    Chicago, IL 60603-6209
16051617    +Alpha Baking Co.,    36230 Treasury Center,    Chicago, IL 60694-6200
16051615    +Artemis Restaurant Inc,    912 South Busse Road,    Mount Prospect, IL 60056-4007
16051619    +B.B.M. Packing Co., Inc.,    874 North Milwaukee Avenue,    Chicago, IL 60642-4196
16051620    +Bob's Holding Company,    C/O Robert DiMucci,    425 South Creekside Drive,
              Palatine, IL 60074-6503
16051621    +Buy-Rite Wholesale,    875 N. Lively Boulevard,    Wood Dale, IL 60191-1201
16051622     Chase Bank,    P.O. Box 15153,    Wilmington, DE  19886-5153
16051623    +Cintas #22,    1025 National Parkway,    Schaumburg, IL 60173-5620
16051625    +Delta Ice Cream Co.,    3065 N. Rockwell Street,    Chicago, IL 60618-7946
16051633   +++Department of the Revenue,    Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
16051626     Dex One,    P.O. Box 660835,    Dallas, TX  75266-0835
16051627    +Edward Don & Co.,    2562 Paysphere Circle,    Chicago, IL 60674-0025
16051628    +Ellengee Market Co.,    5120 North Milwaukee Avenue,    Chicago, IL 60630-4622
16734115    +FIFTH THIRD BANK,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
16051629     Fifth Third Bank,    P.O. Box 630900,    Cincinnati, OH  45263-0900
16051631    +IDES,    30 DuPage Court,    Elgin, IL 60120-6424
16051632   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court:   Illinois Dept. Of Revenue,    100 West Randolph St., 7th Floor,
              Chicago, IL  60601)
16832741     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, IL 60664-0338
16051634    #+Java Breeze,    4331 West Division Street,    Chicago, IL 60651-1714
16051635    +John's Northwest Produce, Inc.,    112 East Central Road,    Arlington Heights, IL 60005-2650
16051636    +Lisa DiGiacomo, Reg. Agent,    425 South Creekside Drive,    Palatine, IL 60074-6503
16051637    +Meyer Bros. Dairy, Inc.,    1006 West Euclid,    Arlington Heights, IL 60005-1097
16051639    +NU CO2,    P.O. Box 9011,    Stuart, FL 34995-9011
16135045    +NuCO2,    2800 S.E. Market Place,    Stuart, Florida 34997-4965
16051640   +++Plaza Bank,    Martin & Karcazes Ltd,    161 N Clark Street Suite 550,    Chicago, IL 60601-3376
16051642     Republic Services,    2101 S. Busse Road,    Mt. Prospect, IL  60056-5566
16051643    +Sanford Kahn, Ltd.,    180 North LaSalle Street, Ste. 2025,    Chicago, IL 60601-2612
16051644    +Society Insurance,    105 Schelter Road, Ste. 205,    Lincolnshire, IL 60069-3641
16051645    +Southern Wine & Spirits,    2971 Collection Center Drive,    Chicago, IL 60693-0029
16051646    +Stratos Foods, Inc.,    314 North Leavitt Street,    Chicago, IL 60612-1616
16051647   +++Supreme Lobster & Seafood Company Inc,    220 East North Avenue,    Villa Park, IL 60181-1207
16051648    +Tec Foods, Inc.,    P.O. Box 410727,    Chicago, IL 60641-0727
16051650     Versa Foods, Inc.,    320 W. Cerri Lane,    Addison, IL 60101
16051651    +Village Of Mount Prospect,    50 South Emerson,    Mt. Prospect, IL 60056-3266
16051652     Wirtz Beverage Illinois,    P.O. Box 809180,    Chicago, IL 60680-9180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16051618     E-mail/Text: g17768@att.com Feb 11 2015 01:42:37     AT&T,    P.O. Box 8100,
              Auora, IL  60507-8100
16051624     E-mail/Text: legalcollections@comed.com Feb 11 2015 01:45:20     ComEd,    P.O. Box 6111,
              Carol Stream, IL  60197-6111
16633900    +E-mail/Text: legalcollections@comed.com Feb 11 2015 01:45:20     Commonwealth Edison Company,
              3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16051630    +E-mail/Text: robin.smith@e-hps.com Feb 11 2015 01:42:40     Heartland Payment Systems,
              One Heartland Way,    Jeffersonville, IN 47130-5870
16051638     E-mail/Text: bankrup@aglresources.com Feb 11 2015 01:42:29     Nicor Gas,    P.O. Box 2020,
              Aurora, IL  60507-2020
16051641     E-mail/Text: ipfscollectionsreferrals@ipfs.com Feb 11 2015 01:44:52
              Premium Financing Specialists Corp.,    P.O. Box 15089,    Worcester, MA  01615-0089
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Lois West and Popowcer Katten Ltd
16661990   ##+Edward Don & Company,    2500 S Harlem Avenue,    North Riverside, IL 60546-1415
16051616   ##+Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
16051649   ##+United Food And Commercial Workers Union,    And Employer's Midwest Health Ben. Fund,
              1300 W. Higgins, Ste. 300,    Park Ridge, IL 60068-5767
                                                                                  TOTALS: 1, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: nmolina               Page 2 of 2              Date Rcvd: Feb 10, 2015
                              Form ID: pdf006             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2015 at the address(es) listed below:

      Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

      Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_trustee@hotmail.com

      Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_trustee@hotmail.com

      Gary W Klages    on behalf of Creditor EVELYN  KENNEDY michelle@danielgoodmanlaw.com

      Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com, preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,naelipas@maxwellandpotts.com

      John E Gierum    on behalf of Debtor  Artemis Restaurant, Inc. jgierum@7trustee.net, karen@gierummantas.com

      Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com, maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com

      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

      Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com

      TOTAL: 9