UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| ARTEMIS RESTAURANT, INC. | § § | Case No. 10-38321 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

 4) This case was originally filed under chapter   on           . The case was pending for    months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Plaza Bank 7460 West Irving Park Road Norridge, IL 60706 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDES 30 DuPage Court Elgin, IL  60120 | | | | | |
| 000008 | DEPARTMENT OF THE REVENUE | | | | | |
| 000007A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8100 Auora, IL  60507-8100 | | | | | |
| | Alpha Baking Co. 36230 Treasury Center Chicago, IL  60694 | | | | | |
| | B.B.M. Packing Co., Inc. 874 North Milwaukee Avenue Chicago, IL  60642 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bob's Holding Company C/O Robert DiMucci 425 South Creekside Drive Palatine, IL 60074 | | | | | |
| | Buy-Rite Wholesale 875 N. Lively Boulevard Wood Dale, IL 60191 | | | | | |
| | Chase Bank P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Cintas #22 1025 National Parkway Schaumburg, IL 60173 | | | | | |
| | Delta Ice Cream Co. 3065 N. Rockwell Street Chicago, IL 60618 | | | | | |
| | Dex One P.O. Box 660835 Dallas, TX 75266-0835 | | | | | |
| | Ellengee Market Co. 5120 North Milwaukee Avenue Chicago, IL 60630 | | | | | |
| | Heartland Payment Systems One Heartland Way Jeffersonville, IN 47130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Java Breeze 4331 West Division Street Chicago, IL 60651 | | | | | |
| | John's Northwest Produce, Inc. 112 East Central Road Arlington Heights, IL  60005 | | | | | |
| | Lisa DiGiacomo, Reg. Agent 425 South Creekside Drive Palatine, IL  60074 | | | | | |
| | Meyer Bros. Dairy, Inc. 1006 West Euclid Arlington Heights, IL  60005 | | | | | |
| | Nicor Gas P.O. Box 2020 Aurora, IL  60507-2020 | | | | | |
| | Premium Financing Specialists Corp. P.O. Box 15089 Worcester, MA  01615-0089 | | | | | |
| | Republic Services 2101 S. Busse Road Mt. Prospect, IL 60056-5566 | | | | | |
| | Sanford Kahn, Ltd. 180 North LaSalle Street, Ste. 2025 Chicago, IL  60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Society Insurance 105 Schelter Road, Ste. 205 Lincolnshire, IL 60069 | | | | | |
| | Stratos Foods, Inc. 314 North Leavitt Street Chicago, IL 60612 | | | | | |
| | Tec Foods, Inc. P.O. Box 410727 Chicago, IL 60641 | | | | | |
| | United Food And Commercial Workers Union And Employer's Midwest Health Ben. Fund 1300 W. Higgins, Ste. 300 Park Ridge, IL 60068-5713 | | | | | |
| | Versa Foods, Inc. 320 W. Cerri Lane Addison, IL 60101 | | | | | |
| | Village Of Mount Prospect 50 South Emerson Mt. Prospect, IL 60056 | | | | | |
| 000002 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000005 | EDWARD DON & COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | FIFTH THIRD BANK | | | | | |
| 000007B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001 | NUCO2 | | | | | |
| 000010A | PLAZA BANK | | | | | |
| 000010B | PLAZA BANK | | | | | |
| 000003 | SOUTHERN WINE & SPIRITS | | | | | |
| 000009 | SUPREME LOBSTER & SEAFOOD COMPANY I | | | | | |
| 000004 | WIRTZ BEVERAGE ILLINOIS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-38321 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ARTEMIS RESTAURANT, INC. | | | Date Filed (f) or Converted (c): | 08/27/10 (f) |
| | | | | 341(a) Meeting Date: | 10/25/10 |
| For Period Ending: | 04/16/15 | | | Claims Bar Date: | 03/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMED, GAS COMPANY (EXACT AMOUNTS UNKNOWN) | 8,000.00 | 8,000.00 | | 6,043.97 | FA |
| 2. RESTAURANT EQUIPMENT LOCATED AT 912 SOUTH BUSSE, M | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 3. Refunds (u) | 0.00 | 0.00 | | 76.73 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.25 | FA |

TOTALS (Excluding Unknown Values)   $58,000.00   $58,000.00   $6,121.95   

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

tax return filed; IRS has asserted penalty, trying to resolve

-conducted 341 meeting; review tax returns; recover funds

TFR in progress

TDR submitted 4/16/2015

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 18.04

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38321 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ARTEMIS RESTAURANT, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7787 Checking Account |
| Taxpayer ID No: | *******2959 | | |
| For Period Ending: | 04/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,023.51 | | 6,023.51 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.71 | 6,019.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.84 | 6,015.96 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.71 | 6,012.25 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.83 | 6,008.42 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,998.42 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,988.42 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 5.00 | 5,983.42 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,973.42 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,963.42 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,953.42 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,943.42 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,933.42 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,923.42 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,913.42 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,903.42 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,893.42 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,883.42 |
| 02/07/14 | 010002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 6.45 | 5,876.97 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,866.97 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,856.97 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,846.97 |

Page Subtotals   6,023.51   176.54

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-38321 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ARTEMIS RESTAURANT, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7787 Checking Account |
| Taxpayer ID No: | *******2959 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,836.97 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,826.97 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,816.97 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,806.97 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,796.97 |
| 03/31/15 | 010003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for TR. Fees + Expenses<br>c/o 3/31/2015 | | | 3,511.16 | 2,285.81 |
| | | | Fees        3,505.50 | 3110-000 | | | |
| | | | Expenses        5.66 | 3120-000 | | | |
| 03/31/15 | 010004 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees<br>c/o 3/31/2015 | 3410-000 | | 1,079.50 | 1,206.31 |
| 03/31/15 | 010005 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation | 2100-000 | | 1,206.31 | 0.00 |

| | | | COLUMN TOTALS | | 6,023.51 | 6,023.51 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | | 6,023.51 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,023.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,023.51 | |

Page Subtotals    0.00    5,846.97

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-38321 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ARTEMIS RESTAURANT, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8913 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2959 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/10 | 3 | GRIFFIN INDUSTRIES | REFUND | 1229-000 | 76.73 | | 76.73 |
| 12/02/10 | 1 | NICOR<br>P.O. BOX 190<br>AURORA, IL 60507-0190 | REFUND | 1129-000 | 6,043.97 | | 6,120.70 |
| 12/31/10 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 6,120.83 |
| 01/31/11 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,120.99 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>Bond# 016026455 | 2300-000 | | 10.18 | 6,110.81 |
| 02/28/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,110.86 |
| 03/31/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,110.91 |
| 04/29/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,110.96 |
| 05/31/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,111.01 |
| 06/30/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,111.06 |
| 07/29/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,111.11 |
| 08/31/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,111.17 |
| 09/30/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,111.22 |
| 10/31/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,111.27 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.79 | 6,103.48 |
| 11/30/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,103.53 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.52 | 6,096.01 |
| 12/30/11 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,096.06 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.52 | 6,088.54 |
| 01/31/12 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,088.59 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.98 | 6,080.61 |
| 02/29/12 | 4 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,080.66 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.23 | 6,073.43 |
| | | | Page Subtotals | | 6,121.65 | 48.22 | |

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38321 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ARTEMIS RESTAURANT, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8913  Money Market - Interest Bearing |
| Taxpayer ID No: | *******2959 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 5.08 | 6,068.35 |
| 03/30/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,068.40 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.47 | 6,060.93 |
| 04/30/12 | 4 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,060.98 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.70 | 6,053.28 |
| 05/31/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,053.33 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.69 | 6,045.64 |
| 06/29/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,045.69 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.19 | 6,038.50 |
| 07/31/12 | 4 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,038.55 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.92 | 6,030.63 |
| 08/30/12 | 4 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,030.68 |
| 08/30/12 | | Bank of America, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 7.17 | 6,023.51 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,023.51 | 0.00 |

Page Subtotals      0.30      6,073.73

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-38321 -JBS | |
| Case Name: | ARTEMIS RESTAURANT, INC. | |
| Taxpayer ID No: | *******2959 | |
| For Period Ending: | 04/16/15 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******8913  Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,121.95 | 6,121.95 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,023.51 | |
| Subtotal | 6,121.95 | 98.44 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,121.95 | 98.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7787 | 0.00 | 6,023.51 | 0.00 |
| Money Market - Interest Bearing - ********8913 | 6,121.95 | 98.44 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,121.95 | 6,121.95 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*